# CRIMINAL COURT MINUTES

## U.S. Magistrate Judge DAVE LEE BRANNON

FILED by _____ D.C.

Page: 1

OCT 12 2012

CLERK US DIST CT
S.D. OF FLA.

| Courtroom Number # 2 | Date: 10/12/2012 | Time: 10:00 A.M. |
|---|---|---|

Defendant: SCOTT BLAKE (Deft Not Required)   J#: _____   Case #: 12-80164-Cr-Ryskamp/~~Hopkins~~

AUSA: LOTHROP MORRIS  *Aurora Fagan* ✓   Attorney: LARRY MURRELL & THOMAS GANO, RETAINED

Violation: 18:2422(b)   Agent: CHARLES RAMOS-BOYNTON POLICE

Proceeding: STATUS/DISCOVERY CONFERENCE   CJA Appt: _____

Bond/PTD Held: ◌ Yes   ◌ No   Recommended Bond: _____

Bond Set at: PRETRIAL DETENTION (DLB)   Co-signed by: _____

☐ All standard conditions

☐ Surrender and/or do not obtain passport/travel docs

☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services and/or treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ p.m. to _____ a.m., paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: _____

☐ Other: _____

Language: ENGLISH

Disposition:
Status/Discovery held
Parties present
No pending Motions
Discovery Out
Trial Set for 11-19-12
3-5 days to try case
A request additional time
to file Pretrial motions —
Granted to 10-26-12
Gov. does not oppose
It is unclear how case
will be resolved

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|

Report RE Counsel: _____

PTD/Bond Hearing: _____

Prelim/Arraign or Removal: _____

Status Conference RE: _____

D.A.R. 10:22:47   Time in Court: 3 mins

Courtroom Deputy: Sandra Acevedo